IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SIDNEY CLAYTON-BEY, | : | PRISONER CIVIL RIGHTS |
| INMATE NO. 224797, | : | 42 U.S.C. § 1983 |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:06-CV-1594-TWT |
| | : | |
| BULLOCK CORRECTIONAL | : | |
| FACILITY, | : | |
|     Defendant. | : | |

### ORDER AND OPINION

Plaintiff, currently confined at the Bullock Correctional Facility in Union Springs, Alabama, has submitted a letter to this Court which the Clerk of the Court has styled as a pro se civil rights action. Plaintiff complains that officials at the correctional facility are "taking the beds from the inmates in lockup." (Doc. 1).

The Bullock Correctional Facility is located in the United States District Court for the Middle District of Alabama. Pursuant to 28 U.S.C. § 1391(b), a civil action should be brought in a "district where any defendant resides" or in a "district where a substantial part of the events or omissions giving rise to the claim occurred." As Plaintiff alleges events giving rise to his claims occurred in Alabama's Middle District, this action should have been brought in that district court.

Pursuant to 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong

division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Given the nature of Plaintiff's alleged constitutional violation and the scarcity of facts in support of his claim, this Court finds that justice does not require that the instant action be transferred.

**IT IS ORDERED** that the instant civil right action is **DISMISSED** for lack of venue. For the purpose of dismissal only, Plaintiff is **GRANTED** leave to file this action in forma pauperis.

IT IS SO ORDERED, this 25 day of July, 2006.

*Thomas W. Thrash*
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE